UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00195 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAKARI ALEXANDER LEE (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that that Defendant's Motion to Suppress (Doc. 19) is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __17th__ day of November, 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE